**Rex J. Roldan, Esquire (RR7961)**
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: :<br><br>MARK R. TUCCI and MARY ANNE P. TUCCI, :<br><br>Debtors : | Case No.: 14-26409 (JNP)<br><br>Chapter 13 |

**NOTICE OF MOTION TO APPROVE MORTGAGE LOAN MODIFICATION**

    Debtors, Mark R. Tucci and Mary Anne P. Tucci, by and through their attorney, Rex J. Roldan, Esquire, have filed papers with the Court to approve their mortgage loan modification.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to approve debtors' mortgage loan modification, or if you want the Court to consider your views on the debtors' motion, then on or before **September 15, 2015** you or your attorney must:

    File with the Court a written response or answer, explaining your position at:

               Clerk, United States Bankruptcy Court
               Federal Building & U.S. Post Office
               401 Market Street
               Camden, NJ 08101

    If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    You must also mail a copy to:

| | |
|---|---|
| Law Offices of Rex J. Roldan, P.C. | Isabel C. Balboa, Esquire |
| Washington Professional Campus | Chapter 13 Standing Trustee |
| 900 Route 168, Suite I-4 | Cherry Tree Corporate Center |
| Turnersville, NJ 08012 | 535 Route 38, Suite 580 |
| | Cherry Hill, NJ 08002 |

Please be advised that there will be no hearing scheduled for this motion unless an objection is filed. If objection is filed, a hearing will be held in Courtroom 4C, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, N.J. 08101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

### **STATEMENT THAT NO BRIEF IS NECESSARY**

It is asserted that no Brief is necessary as there exist no unique issues of law pertaining to this Application.

A proposed form of Order is filed and served herewith.

      /s/ Rex J. Roldan
    Rex J. Roldan, Esquire

Dated: September 1, 2015

G:\Legal\bank\3018rr\approve_nom.wpd